# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | | | CRIMINAL COMPLAINT |
|---|---|---|---|---|---|
| V. | | | | | |
| Patricia Quiroz-Lucio | | | | | Case Number: |
| | YOB: | 1993 | COB: | Mexico | **M-22-1376-M** |
| Anahi Rocha-Cortes | | | | | |
| | YOB: | 1993 | COB: | Mexico | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **July 12, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

**Ct1.** knowing or in reckless disregard of the fact that Edwin Lenin Pineda-Ulloa, a citizen and national of Honduras, and Delta Yaneth Gomez-Castillo, citizen and national of Guatemala, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Edinburg, Texas,

**Ct2.** aids or abets the commission of any of the preceding acts,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii) & 1324(a)(1)(A)(v)II FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On June 10, 2022, a concerned citizen advised Border Patrol agents of a residence in Edinburg, Texas, being used to harbor suspected undocumented aliens.

On June 11, 2022, while conducting surveillance at the residence in Edinburg, Texas, agents observed a brown Ford F-150 arrive to the residence and depart shortly after. Agents followed the F-150 to an apartment complex where they observed two (2) people, later identified as Patricia Quiroz-Lucio and Anahi Rocha-Cortes, exit the F-150 and enter an apartment. Agents eventually lost visual of the F-150 and terminated their surveillance.

On June 12, 2022, agents continued their surveillance of the suspected stash house and apartments. Agents at the apartments observed the F-150 arrive and pick up Quiroz and Rocha. Agents followed the F-150 until it came to a stop near a dark Sport Utility Vehicle (SUV), where agents observed a female, later identified as Delia Yaneth Gomez-Castillo, exit the dark SUV and board the F-150 before departing the area. Agents followed the F-150 to a watermill where Quiroz was observed filling up a 5-gallon container with water. Agents subsequently followed the F-150 to a grocery store, where Quiroz and Rocha were seen exiting with several grocery bags before traveling back to the suspected stash house in the F-150.

[X] Yes  [ ] No

Continued on the attached sheet and made a part of this complaint:

Complaint authorized by AUSA Alexis Garcia

/S/ Jon M. Chan
Signature of Complainant

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Jon M. Chan            Border Patrol Agent
Printed Name of Complainant

July 13, 2022   @ 5:44 p.m.                    at   McAllen, Texas
Date                                                  City and State

Juan F. Alanis                , U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1376-M

RE: **Patricia Quiroz-Lucio**
    **Anahi Rocha-Cortes**

**CONTINUATION:**

Once at the suspected stash house, agents observed Quiroz and Rocha enter the house, carrying the groceries and 5-gallon container of water, along with Gomez. Shortly after, Quiroz and Rocha boarded the F-150 and departed the area. Agents contacted a Hidalgo County Deputy for assistance with the investigation. A responding deputy located the F-150 and conducted a traffic stop for traffic violations. Agents arrived at the traffic stop immediately after and spoke to Quiroz and Rocha.

Quiroz admitted to being illegally present in the United States and was subsequently advised of her Miranda Rights. Quiroz admitted to dropping off one (1) Undocumented Alien (UDA) at the house, along with food and water for the UDAs currently at the house.

Rocha admitted to being illegally present in the United States and was subsequently advised of her Miranda Rights. Rocha stated that her and Quiroz had picked up and dropped of one (1) UDA at the house, along with food and water.

Agents and deputies proceeded to the house and simultaneously knocked on the front and back door. After several knocks, the back door opened, and, at the agent's request, Gomez, Edwin Pineda-Ulloa, and six (6) other people exited the house. Gomez, Pineda and the six (6) people were determined to be illegally present in the United States.

Quiroz, Rocha, Gomez, Pineda and the six UDAs were placed under arrest and transported to the Weslaco Border Patrol Station for processing.

**PRINCIPAL 1 STATEMENT:**
Patricia Quiroz-Lucio, a citizen of Mexico, was advised of her Miranda Rights, stated she understood her Rights, and agreed to provide a statement.

Quiroz claimed she made her smuggling arrangements and paid $3,000 to be smuggled into the United States. Quiroz stated she crossed the river last November, along with eight (8) other people, and currently lives in an apartment. Quiroz claimed she received a call from an unknown person who offered her $150 to pick up someone, whom she believed was a UDA. Quiroz accepted the offer and dropped off the person at the house where law enforcement found the UDAs. Quiroz indicated that on three (3) different occasions, her and Ana (Anahi Rocha-Cortes) picked up and dropped off UDAs at the same house, three (3) to four (4) UDAs at a time, for a total of fifteen (15) to twenty (20) UDAs. Quiroz added that she was paid $600 for those UDAs. Quiroz bought $47 in groceries and dropped them off at the house the day before she was arrested. Quiroz added that she has dropped off food around seven (7) times in the past.

Quiroz identified Anahi Rocha-Cortes, through a photo lineup, as Ana, the person who works with her to pick up/drop off UDAs.

**PRINCIPAL 2 STATEMENT:**
Anahi Rocha-Cortes, a citizen of Mexico, was advised of her Miranda Rights, stated she understood her Rights, and agreed to provide a statement.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1376-M

**RE:** Patricia Quiroz-Lucio
Anahi Rocha-Cortes

**CONTINUATION:**

Rocha claimed she paid $3,000 to be smuggled into the United States and crossed the Rio Grande River last November with six (6) other people. Rocha stated her and Patty (Patricia Quiroz-Lucio) picked up a female whom they knew was a UDA. Rocha indicated they have been transporting UDAs for the last month in order to help their families financially. Rocha claimed Quiroz would receive calls instructing them to pick up UDAs, adding that her and Quiroz have picked up UDAs on three (3) different occasions, while getting paid $150 per person. Rocha admitted her and Quiroz would drop off UDAs, food and water at the house were law enforcement encountered the UDAs. At one point, Rocha and Quiroz had up to twenty (20) UDAs in the house. Rocha admitted the $600 in her possession was from a recent payment for picking up and dropping UDAs at the house.

Rocha-Cortes identified Patricia Quiroz-Lucio through a photo lineup, as Patty.

**MATERIAL WITNESS 1 STATEMENT:**
Edwin Lenin Pineda-Ulloa, a citizen of Honduras, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

Pineda crossed the Rio Grande River on a raft, along with four (4) or five (5) other people. Pineda claimed they walked towards a road where a car picked them up and transported them to a location where he was transferred to a different car, driven by a female. Pineda stated the female driver asked for his phone and drove him to the house he was arrested at. Once they arrived at the house, the female driver instructed him to enter the house. Pineda added that he has seen the female a total of three (3) times; initially when he got dropped off at the house, once dropping food off with another female, and today as she dropped off another female at the house.

Pineda identified Patricia Quiroz-Lucio, through a photo lineup, as the female driver who dropped him off at the house.

Pineda identified Anahi Rocha-Cortes, through a photo lineup, as the female who dropped off food at the house.

**MATERIAL WITNESS 2 STATEMENT:**
Delia Yaneth Gomez-Castillo, a citizen of Guatemala, was advised of her Miranda Rights, stated she understood her Rights, and agreed to provide a statement.

Gomez claimed a family friend made her smuggling arrangements and agreed to pay $12,000 to be smuggled into the United States. Gomez crossed the Rio Grande River on a raft with seven (7) other people. Gomez added they walked in the brush for several hours before being picked up and eventually transferred to a gray truck. Gomez added that as she entered the gray truck, she observed three (3) females inside; the driver and two (2) passengers. Gomez mentioned that one (1) of the passengers asked her for her phone and the other passenger instructed her to get down and to eventually enter the house she was arrested at shortly after.

Gomez identified Patricia Quiroz-Lucio, through a photo lineup, as one of the female passengers in the truck and the person who instructed her to enter the house.

Gomez identified Anahi Rocha-Cortes, through a photo lineup, as one of the passengers in the truck and the person who asked for her phone.